**Order filed May 25, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00376-CV

————————

### LORENZO WILLIAMS (JP MORGAN CHASE BANK, NATIONAL ASSOICATION - GARNISHEE), Appellant

### V.

### THE CADLE COMPANY DISTRICT COURT, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 865096-801**

## O R D E R

The notice of appeal in this case was filed April 4, 2012. The clerk's record was filed April 23, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **June 11, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM